# EXHIBIT A



Alyssa Nobriga