# EXHIBIT B



Cielo Jean Gibson