# EXHIBIT C

Dessie Mitcheson

