# EXHIBIT D



Eva Pepaj



Eva Pepaj

