# EXHIBIT F

Marketa Kazdova



Marketa Kazdova

